**No. 54571.**—Calco Chemical Division—American Cyanamid Company et al. *v.* United States, protests 151634–K, etc. (New York).

Opinion by JOHNSON, J. In view of the agreed statement of facts establishing that it was necessary to split the drums open by means of a pneumatic hammer or similar tool in order to remove their contents, and that the drums were incapable of further use as containers, the claim of the plaintiffs was sustained. *Wm. A. Foster & Co.* v. *United States* (68 Treas. Dec. 384, T. D. 47922) followed.

JULY 19, 1950

**No. 54572.**—Gimbel Bros., Inc. *v.* United States, protest 149966–K. (Initial No. 141670–K.) Plaintiff's application for rehearing granted.

**No. 54573.**—Ovington's Gift Shop, Inc. *v.* United States, protest 146387–K.— (Initial No. 141670–K.) Plaintiff's application for rehearing granted.

**No. 54574.**—Ignaz Strauss & Co., Inc. *v.* United States, protest 153569–K.— (Initial No. 141670–K.) Plaintiff's application for rehearing granted.

JULY 26, 1950

**No. 54575.**—The United Import Co. *v.* United States, protest 126841–K.— Plaintiff's application for rehearing granted.